UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. HELEEN MEES,                                                                ORDER TO SHOW CAUSE
                                        Plaintiff,
                - against -
ELIZABETH L. BUITER,                                                         16-MC-0436 (RRM) (JO)
                                        Defendant.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Plaintiff's counsel is respectfully directed to show cause by April 6, 2016, why the motion, docket entry 1, should not be made on notice.

      SO ORDERED.

Dated:  Brooklyn, New York
          March 29, 2016

                                                                           /s/
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge