UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

Dr. Helen Mees

Plaintiff,

-v-

Elizabeth Woca Buiter,

Defendant.

------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

16 mc 209 (LAP, SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 10-29-18

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

Do not check if already referred for general pretrial.

Dated __October 29 2018__

SO ORDERED:

_Loretta A. Presky_

United States District Judge