UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DR. HELEEN MEES,<br><br>Applicant,<br><br>For Leave to Issue Subpoenas for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782 | No. 16-MC-00209-LAP<br><br>**MOTION FOR WITHDRAWAL**<br>**OF COUNSEL** |

Grant & Eisenhofer P.A. and Olav A. Haazen, Esq., hereby move, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Applicant Dr. Heleen Mees in this matter, for the reasons stated below:

1. Grant & Eisenhofer P.A. represented Applicant in this matter against Respondent Elizabeth Lorca Buiter but now wishes to withdraw as counsel.

2. Grant & Eisenhofer P.A. has ceased to represent Dr. Mees in this and all related matters.

3. In each of two related matters, In re Application of Dr. Heleen Mees v. Willem H. Buiter, SDNY Case No. 14-MC-00088-LAP, and In re Application of Dr. Heleen Mees v. Citigroup Inc., SDNY Case No. 15-MC-00262, Grant & Eisenhofer P.A. and Olav A. Haazen filed Motions to Withdraw as Attorney on February 21, 2018 (14-MC-00088 Dkt. 59; 15-MC-00262 Dkt. 59) which were granted by the Honorable Preska in a memo endorsement on February 26, 2018 (14-MC-00088 Dkt. 62) and February 28, 2018 (15-MC-00262 Dkt. 60), respectively.

4. In addition to the present Motion, we are concurrently filing a Motion to Withdraw as Counsel in another related matter, In re Application of Dr. Heleen Mees v. Citigroup Inc., SDNY Case No. 14-MC-00056.

5. Dr. Mees wishes to proceed *pro se*.  She joins in this request, and has counter-signed below.

6. Grant & Eisenhofer P.A. is not asserting a retaining or charging lien.

7. The undersigned counsel is filing this application to withdraw by ECF, thereby causing it to be served on all appearing parties. This Motion was also served upon the Applicant pursuant to the Affirmation of Service filed herewith.

Dated: January 9, 2019
New York, New York

**GRANT & EISENHOFER P.A.**

By: _s/ Olav A. Haazen_

**OLAV A. HAAZEN**
485 Lexington Avenue, 29th Floor
New York, NY 10070
Tel.: 646-722-8500
Fax: 646-722-8501
ohaazen@gelaw.com

Dated: January 9, 2019
New York, New York

By: _____

Dr. Heleen Mees
The Sweeney Building
30 Main Street Apt. 11H
Brooklyn, NY 11201
heleen@heleenmees.com

SO ORDERED:

_____

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DR. HELEEN MEES,<br><br>                    Applicant,<br><br>For Leave to Issue Subpoenas for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782 | No. 14-MC-00209-LAP<br><br>**AFFIRMATION OF SERVICE** |

I, Olav A. Haazen, declare under penalty of perjury that I served a copy of the attached Motion for Withdrawal of Counsel upon Dr. Heleen Mees by e-mail and express mail on January 9, 2019 at:

Dr. Heleen Mees
The Sweeney Building
30 Main Street Apt. 11H
Brooklyn, NY 11201
heleen@heleenmees.com

Dated: January 9, 2019

**GRANT & EISENHOFER P.A.**

*s/ Olav A. Haazen*

**OLAV A. HAAZEN**
485 Lexington Avenue, 29th Floor
New York, NY 10070
Tel.: 646-722-8500
Fax: 646-722-8501
ohaazen@gelaw.com

*Counsel for Applicant Dr. Heleen Mees*