UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HELEN MEES,

                                 Plaintiff,                      16-mc-00209 (LAP)(SN)

            -against-                                      **ORDER**

ELIZABETH LORCA BUITER,

                                 Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The Court's October 11, 2019 order directed the parties to submit a joint status letter once Dr. Mees's appeals are decided by the New York State Appellate Division. By August 10, 2020, the parties shall file a joint letter updating the Court on the status of the state court appeals.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      August 4, 2020
                New York, New York