UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DR. HELEEN MEES,

                        **Applicant,**      14-MC-00056 (LAP)(SN)

      -against-                      <u>**ORDER**</u>

CITIGROUP INC.,

                        **Respondent,**

WILLEM H. BUITER,

                        **Intervenor.**
------------------------------------------------------------------X
------------------------------------------------------------------X

DR. HELEEN MEES,

                        **Applicant,**      14-MC-00088 (LAP)(SN)

      -against-

WILLEM H. BUITER,

                        **Respondent.**
------------------------------------------------------------------X
------------------------------------------------------------------X

DR. HELEEN MEES,

                        **Plaintiff,**      15-MC-00262 (LAP)(SN)

      -against-

CITIGROUP INC.,

                        **Defendant,**

WILLEM H. BUITER,

                        **Intervenor.**
------------------------------------------------------------------X

1

```
------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,
                           Plaintiff,              16-MC-00209 (LAP)(SN)

        -against-

ELIZABETH LORCA BUITER,

                           Defendant,
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    On August 13, 2020, the Court ordered the parties in the above actions to file a status letter regarding the outcome of the pending related appeals in the cases in the Second Department. Some of the parties sent such letters, though reports of how the parties wished to proceed were varied.

    Accordingly, EACH PARTY is directed to submit a proposal to the Court specifying what is outstanding in each case and what action is required to complete it. These proposals shall be submitted no later than October 20, 2020. A telephonic conference is scheduled on October 22, 2020, at 1:00 p.m. in which to address these proposals and set a schedule for moving these matters forward. At that time the parties should call into the Court's designated teleconferencing line at (800) 402-9757 and enter access code 7938632 follow by the pound (#) key.s

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 13, 2020
               New York, New York