```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. HELEEN MEES,

                          Applicant,           14-MC-00056 (LAP)(SN)

        -against-                               ORDER

CITIGROUP INC.,

                          Respondent,

WILLEM H. BUITER,

                          Intervenor.
------------------------------------------------------------X
------------------------------------------------------------X
DR. HELEEN MEES,

                          Applicant,           14-MC-00088 (LAP)(SN)

        -against-

WILLEM H. BUITER,

                          Respondent.
------------------------------------------------------------X
------------------------------------------------------------X
DR. HELEEN MEES,

                          Plaintiff,           15-MC-00262 (LAP)(SN)

        -against-

CITIGROUP INC.,

                          Defendant,

WILLEM H. BUITER,

                          Intervenor.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2023

1

```
------------------------------------------------------------X
```

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                             **Plaintiff,**                         16-MC-00209 (LAP)(SN)

      -against-

ELIZABETH LORCA BUITER,

                             **Defendant,**
```
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      The Court's October 29, 2021 Order directed the parties to submit a joint status letter within 30 days of a final decision on the motion to renew and/or vacate the Kings County Judgment. ECF No. 33. The Order also directed the parties to file a joint status letter no later than October 13, 2021, advising the Court whether <u>Mees v. Citigroup, Inc.</u>, 15-mc-00262 can be closed on consent of the parties. After over two years, the Court has not received any filings.

      The parties are directed to file a joint status letter by December 5, 2023. Should the parties fail to comply with this Order, the Court will close these matters pursuant to Rule 41(b).

**SO ORDERED.**

                                                                        *[signature]*

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       November 3, 2023
                  New York, New York