UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

DR. HELEN MEES,

                                        Plaintiff,

                    -against-

ELIZABETH LORCA BUITER,

                                        Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/8/2026 _

16-mc-00209 (LAP)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

        By Friday, January 16, 2026, the parties shall file a joint letter updating the Court on the

status of the pending state court appeal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 8, 2026
              New York, New York