USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**DR. HELEN MEES,**

**Plaintiff,**

**-against-**

**ELIZABETH LORCA BUITER,**

**Defendant.**

**---------------------------------------------------------------X**

**16-mc-00209 (LAP)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

By Friday, September 25, 2026, the parties shall file a joint letter updating the Court on the status of the pending state court appeal.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 9, 2026
New York, New York